Tracy L. Boyce
V01002
San Quentin State Prison
San Quentin, CA 94974



COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name __Boyce   Tracey      L__

(Last)            (First)            (Initial)

Prisoner Number __VO1002__

Institutional Address __San Quentin State Prison__

__CAliFornia.   94974__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__TRACEY LYNN BOYCE__
(Enter the full name of plaintiff in this action.)

vs.

__"A. Robbins", Agent For—__
__CAliFornia  Dept__
__OF correction: Rehabilitation__
__PARole Department__
(Enter the full name of the defendant(s) in this action))

C 07     2405

Case No. _____
(To be provided by the clerk of court)

SBA

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement __San Quentin__

B.    Is there a grievance procedure in this institution?

YES ⊗    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

YES ⊗    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

FILED

MAY - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07     2405

Tracey Boyce

Plaintiff,

CASE NO. _____

vs.

"A. Robbins" Parole agent
Calif Dept of corrections

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

I, Tracey Boyce , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____ Ø _____

_____

_____

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

*FILED*

Dear Sir or Madam:

**C 07 · 2405**

Your complaint has been filed as civil case number _____

Your complaint is deficient because:

**SBA    (PR)**

1. ____ You did not pay the appropriate filing fee of $350.00.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. __✓__ The In Forma Pauperis Application you submitted is insufficient because:

      _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

      _____ Your In Forma Pauperis Application was not completed in its entirety.

      _____ You did not sign your In Forma Pauperis Application.

      _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      __✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      _____ Other _____

_____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:  If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be dismissed and the file closed.  If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
                Deputy Clerk

rev. 4/9/06