IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY L. BOYCE,

    Plaintiff,

  v.

A. ROBBINS, et al.,

    Defendants.
                              /

No. C 07-02405 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On May 23, 2007, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

      Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

      More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file.

      IT IS SO ORDERED.

DATED: 8/13/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Boyce2488.3-11Dismissal.frm

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1
2                               UNITED STATES DISTRICT COURT
3                                            FOR THE
4                              NORTHERN DISTRICT OF CALIFORNIA
5
6
7   TRACY L BOYCE,                                      Case Number: CV07-02405 SBA
8                  Plaintiff,                           **CERTIFICATE OF SERVICE**
9      v.
10  A ROBBINS et al,
11                 Defendant.
12                                                    /

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14  That on August 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
15  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16  located in the Clerk's office.

17

18
    Tracy L. Boyce V01002
19  San Quentin State Prison
    San Quentin, CA 94974
20
    Dated: August 14, 2007
21                                                      Richard W. Wieking, Clerk
                                                        By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.07\Boyce2488.3-11Dismissal.frm