

Tracy L. Boyce    V01002
San Quentin State Prison
San Quentin, CA 94974


CV07-02405 SBA

E- **FILED**

AUG 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY L. BOYCE,

    Plaintiff,

v.

A. ROBBINS, et al.,

    Defendants.

No. C 07-02405 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

#8

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On May 23, 2007, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file.

    IT IS SO ORDERED.

DATED: 8/13/07

                                            Saundra B Armstrong
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

P:\PRO-SE\SBA\CR.07\Boyce2488.3-11Dismissal.frm

AUG 1 4 2007

Entered on Civil Docket

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY L BOYCE,

      Plaintiff,

v.

A ROBBINS et al,

      Defendant.

Case Number: CV07-02405 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy L. Boyce V01002
San Quentin State Prison
San Quentin, CA 94974

Dated: August 14, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Boyce2488.3-11Dismissal.frm