IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY L. BOYCE,

    Plaintiff,

  v.

A. ROBBINS, et al.,

    Defendants.

                                            /

No. C 07-02405 SBA (PR)

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS***

(Docket no. 2)

      Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On May 23, 2007, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. In an Order dated August 13, 2007, the Court dismissed the complaint without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

      Leave to proceed in forma pauperis is DENIED (docket no. 2). No filing fee is due. This Order terminates Docket no. 2.

      IT IS SO ORDERED.

DATED: 9/4/07

                                          *Saundra B Armstrong*
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\CR.07\Boyce2488.denyIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L BOYCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>A ROBBINS et al,<br><br>　　　　　Defendant. | Case Number: CV07-02405 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy L. Boyce V01002
San Quentin State Prison
San Quentin,  CA 94974

Dated: September 5, 2007

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Boyce2488.denyIFP.wpd2